# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL R. WHITE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 1:22-cv-01518-RGA ) ) |
| BAYHEALTH MEDICAL CENTER, INC., | ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL

The parties, pursuant to Federal Rule of Civil Procedure 41(a), through their respective counsel of record, hereby stipulate that all claims asserted by any party in this action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

[signature page follows]

| | |
|---|---|
| SCHMITTINGER & RODRIGUEZ, P.A.<br>By: /s/ *Gary E. Junge*<br>Gary E. Junge, Esquire (#6169)<br>414 South State Street<br>Dover, Delaware 19903-0497<br>(302) 674-0140<br>gjunge@schmittrod.com<br>Attorney for Plaintiff<br><br><br>Dated: December 23, 2024 | STEVENS & LEE, P.C.<br><br>By: /s/ *Stacey A. Scrivani*<br>Stacey A. Scrivani (6129)<br>919 N. Market Street, Suite 1300<br>Wilmington, DE 19801<br>Stacey.scrivani@stevenslee.com<br>(302) 425-3306<br><br>Theresa M. Zechman<br>51 South Duke Street<br>Lancaster, PA 17602<br>tmz@stevenslee.com<br>(717) 399-6644<br><br>Lisa M. Scidurlo<br>620 Freedom Business Center, Suite 200<br>King of Prussia, PA 19406<br>Lisa.scidurlo@stevenslee.com<br>(610) 205-6042<br><br>Michael M. Greenfield<br>Sasha A. Phillips<br>1500 Market Street<br>East Tower, Suite 1800<br>Philadelphia, PA 19102<br>Michael.greenfield@stevenslee.com<br>Sasha.phillips@stevenslee.com<br>(215) 496-3823<br>(215) 496-3830 |

SO ORDERED, this __30th__ day of __December__, 2024.

                                          /s/ Richard G. Andrews
                                          The Honorable Richard G. Andrews